IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DAVID STARR,**

    **Plaintiff,**

**v.**
                                                  Case No. 1:19-cv-00828-WJ-GBW

**ALLSTATE INDEMNITY COMPANY,**

    **Defendant.**

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

**THIS MATTER HAVING COME** before the Court on the parties' Stipulated Motion to Dismiss with Prejudice, the Court having considered the Motion and being otherwise fully advised in the premises finds that the Motion is well taken and should be **GRANTED**.

**THE COURT FINDS** that there is no objection from any party to dismissal with prejudice of Plaintiff's Complaint and all claims that were or could have been alleged therein.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint and all causes of action that were or could have been alleged therein in the above-captioned matter be dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

_____
CHIEF UNITED STATES DISTRICT JUDGE